1  Nancy K. McCombs
   Attorney at Law
2  12 Geary Street, Suite #201
   San Francisco, California 94108
3  Telephone:  (415) 678-2626

4  Attorney for Plaintiff

5

6                       UNITED STATES DISTRICT COURT

7                       EASTERN DISTRICT OF CALIFORNIA

8

9

10 Mary Wyren

11          Plaintiff,              ) Case No.: 2:07-cv-00489
                                    )
12     v.                           ) STIPULATION EXTENDING TIME TO FILE
                                    ) MOTION FOR SUMMARY JUDGMENT OR REMAND
13 Michael J. ASTRUE,               )
   Commissioner of                  )
14 Social Security,                 )
                                    )
15          Defendant               )
                                    )
16 _____ )

17

18      The parties stipulate that plaintiff shall have an additional sixty

19 days, to and including November 10, 2007, in which to move for summary

20 judgment or remand.

21 //

22 //

23 //

24
   DATED:        9/9/07          By:       /s/
25                                      NANCY K. MCCOMBS,
                                        Attorney for Plaintiff
26

                                    -1-

1

2

DATED: 9/9/07          By:     /s/
                              Armand Roth,
3                             Special Assistant to United States
4                             Attorney

5

6  IT IS SO ORDERED.
                                **GREGORY G. HOLLOWS**
7  DATED: Sept. 17, 2007   By: _____

8                             United States ~~District~~ Judge Mag
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-2-