IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY WYREN,

      Plaintiff,　　　　　　　　　No. CIV S-07-0489 FCD GGH

   vs.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

      Defendants.　　　　　　　　<u>ORDER</u>

_____/

      Pursuant to 28 U.S.C. § 455(a), I disqualify myself from participating in this matter. The Clerk of the court shall reassign this case to another Magistrate Judge for all further proceedings, notify the parties, and make appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

      IT IS SO ORDERED.

DATED: 06/30/08　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

wyren.rec

1