# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY WYREN, | No. CIV S-07-0489-FCD-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On July 28, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1   Accordingly, IT IS HEREBY ORDERED that:

2   1.   The findings and recommendations filed July 28, 2008, are adopted in full;

3   2.   Plaintiff's motion for summary judgment (Docs. 15 and 16) is denied;

4   3.   Defendant's cross-motion for summary judgment (Doc. 17) is granted; and

5   4.   The Clerk of the Court is directed to enter judgment and close this file.

6   DATED: August 28, 2008.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE